

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

801 Market Street, Suite 1300
Philadelphia, PA 19107-3127

Kurt Jung
State, Local and Tribal Program Manager
kurt.jung@eeoc.gov

Direct Dial: (267) 589-9749
Facsimile: (215) 440-2847

October 7, 2019

Lorener Wooten
3402 Cornwall Square Drive, Apt 104
Riverview, FL 33578

EXHIBIT A

RE:   Wooten v. City of Wilmington
      EEOC Charge No.: 17C-2018-00559
      FEPA No.: WOO70518

Dear Ms. Wooten:

Please allow this correspondence to serve as a notice that your attorney's request for a Notice of Right to Sue has been sent to the U.S. Department of Justice:

The Equal Employment Opportunity Commission (EEOC) has received your attorney's request for the issuance of a Notice of Right to Sue in connection with the above-referenced charge. Because the Respondent in this charge is from the public sector under Title VII of the Civil Rights Act, the Notice of Right to Sue must be issued by the U.S. Department of Justice. Therefore, the request has been forwarded to that Agency for action. The Department of Justice will act on your request as soon as possible and issue the Notice of Right to Sue directly to you. You will then have 90 days from your receipt of the Notice of Right to Sue to file a private lawsuit in Federal District Court.

If you have any further questions concerning the issuance of the Notice of Right to Sue, you may write to the Department of Justice at the following address:

> Karen Ferguson, Civil Rights Analyst
> U.S. Department of Justice
> Civil Rights Division
> Employment Litigation Section
> Patrick Henry Bldg., Room 4239
> 10th & Constitution Ave., N.W.
> Washington, DC 20530-0001

Please note that with the issuance of this letter, the EEOC will discontinue its administrative processing of this charge.

FILED
2019 NOV 14 PM 1:16
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

Kurt Jung
State, Local and Tribal Program Manager

cc: (Sent by e-mail: ikegreen66@gmail.com; tardirocco@wilmingtonde.gov)

Isaac Green Esq.
Mincey Fitzpatrick Ross, LLC
1500 JFK Boulevard, Suite 1525
Philadelphia, PA 19102
(Counsel for Charging Party)

Tara Dirocco Gryan Esq.
City of Wilmington Law Department
800 N. French Street, 9th floor
Wilmingont, DE 19801
(Counsel for Respondent)